

# IN THE
# TENTH COURT OF APPEALS

No. 10-08-00322-CV

**KARLA RODDY,**

**Appellant**

 **v.**

**MIKE McGEE,**

**Appellee**

From the County Court at Law
McLennan County, Texas
Trial Court No. 2008-0593-CV1

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal. Appellee has not filed a

response. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

FELIPE REYNA
Justice

Before Chief Justice Gray,
         Justice Reyna, and
         Justice Davis
Appeal dismissed
Opinion delivered and filed January 28, 2009
[CV06]